# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAREN EASLEY,<br>Plaintiff<br><br>v.<br><br>BRENDA TRITT, et al.<br>Defendants | No. 1:17-cv-00930<br><br>(Judge Rambo) |

## ORDER

**AND NOW**, on this 23rd day of April 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT:**

1. Easley's motion for leave to file a second amended complaint (Doc. No. 45), is **DENIED**; and

2. Easley's motion for an extension of time to file a brief in opposition to Defendants' motions to dismiss (Doc. No. 50), is **GRANTED** insofar as he is directed to file a brief in opposition to the pending motions to dismiss on or before May 6, 2018.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge