IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN EASLEY,
   Plaintiff

v.

BRENDA TRITT, *et al.*,
   Defendants

No. 1:17-cv-930

(Judge Rambo)

# ORDER

**AND NOW**, on this 4th day of April 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the March 11, 2019 Report and Recommendation (Doc. No. 136), of Magistrate Judge Carlson;

2. Plaintiff's first motion for preliminary injunction and temporary restraining order (Doc. No. 98) is **DENIED as moot**;

3. Plaintiff's motion to compel discovery (Doc. No. 106) is **DENIED**;

4. Plaintiff's motion to appoint counsel (Doc. No. 124) is **DENIED without prejudice**;

5. Plaintiff's second motion for preliminary injunction and temporary restraining order (Doc. No. 129) is **DENIED as moot**; and

6. The motion for emergency conference (Doc. No. 137) submitted by Rev. Augustus O. Enoch on behalf of Plaintiff is **STRICKEN** from the docket.

                                      s/Sylvia H. Rambo
                                      SYLVIA H. RAMBO
                                      United States District Judge