IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN EASLEY,
   Plaintiff

   v.

BRENDA TRITT, *et al.*,
   Defendants

No. 1:17-cv-930

(Judge Rambo)

# ORDER

**AND NOW**, on this 12th day of June 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for emergency hearing (Doc. No. 142) is **DENIED**;

2. Plaintiff's motion to reproduce documents (Doc. No. 148) is **DENIED as moot**;

3. Plaintiff's motion for reproduction of documents (Doc. No. 156) is **GRANTED**, and the Clerk of Court is **DIRECTED** to provide copies of the documents sought therein to Plaintiff at no cost to him; and

4. The motion for an emergency conference (Doc. No. 170) submitted by Rev. Augustus O. Enoch on behalf of Plaintiff is **STRICKEN** from the docket.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge