IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN EASLEY,
   Plaintiff

v.

BRENDA TRITT, *et al.*,
   Defendants

No. 1:17-cv-930

(Judge Rambo)

# ORDER

**AND NOW**, on this 26th day of September 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Plaintiff's motion for leave to file a supplemental/amended complaint (Doc. No. 199) is **DENIED**.

                                        S/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge