**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WARREN EASLEY,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:17-cv-930** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **BRENDA TRITT,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

**AND NOW**, on this 20th day of April 2020, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1.  Plaintiff's motion to compel discovery and pursue sanctions (Doc. No. 250) is **GRANTED in part** and **DENIED in part**, as follows:

    a.  The motion (Doc. No. 250) is **GRANTED** with respect to the following information, and Defendants are **DIRECTED** to produce such to Plaintiff before May 30, 2020:

        i.  A more complete response to interrogatory one in Plaintiff's first set of interrogatories to Defendant Corby, consistent with the analysis set forth in the Memorandum accompanying this Order;

    b.  The motion (Doc. No. 250) is **DENIED** as to all other requests, including Plaintiff's request for sanctions;

2.  Plaintiff's motion for reconsideration (Doc. No. 253) is **DENIED**; and

3.  Plaintiff's motion requesting an Order to view discovery (Doc. No. 261) is **DENIED** to the extent Plaintiff requests that the Court order SCI Forest officials to prioritize his litigation needs in order to view discovery. The motion, however, is **GRANTED** to the extent that the Court will extend the discovery and dispositive motions deadlines one

final time. The parties are **DIRECTED** to complete discovery by May 31, 2020 and file any dispositive motions by July 31, 2020. Plaintiff, however, should not use this final extension of the discovery deadline as a chance to pursue requests for discovery that are duplicative of discovery materials that he has already received or of requests that have already been denied. Moreover, Plaintiff should not pursue requests that are irrelevant to the above-captioned case.

<u>s/ Sylvia H. Rambo</u>
United States District Judge