# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN EASLEY, : | |
|    Plaintiff : | |
| : | No. 1:17-cv-930 |
| v. : | |
| : | (Judge Rambo) |
| BRENDA TRITT, *et al.*, : | |
|    Defendants : | |

## ORDER

**AND NOW**, on this 26th day of May 2020, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Plaintiff's motion to compel discovery and pursue sanctions/spoliation (Doc. No. 269) is **GRANTED in part** and **DENIED in part**, as follows:

1. The motion (Doc. No. 269) is **GRANTED** to the extent that Defendants are directed to provide Plaintiff a declaration that fully and accurately summarizes any guidelines and policies that the DOC has regarding the preservation of video and documents upon receipt of an inmate's request that such evidence be preserved; and

2. The motion (Doc. No. 269) is **DENIED** as to all other requests, including Plaintiff's requests for sanctions and a finding of spoliation.

                                                  s/ Sylvia H. Rambo
                                                  United States District Judge