# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN EASLEY, :
   Plaintiff :
  : No. 1:17-cv-930
   v. :
  : (Judge Rambo)
BRENDA TRITT, *et al.*, :
   Defendants :

## ORDER

**AND NOW**, on this 21st day of July 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for spoliation, to compel, and for sanctions (Doc. No. 279) is **GRANTED in part** and **DENIED in part**, as follows:

    a. The motion (Doc. No. 279) is **GRANTED** to the extent that Defendants are directed to produce any outstanding video and audio files from August 17, 2015 and December 22, 2015 to Plaintiff within fourteen (14) days;

    b. The motion (Doc. No. 279) is **DENIED** as to all other requests, including Plaintiff's requests for sanctions and spoliation;

2. Plaintiff's motion to pursue sanctions and spoliation (Doc. No. 281) is **DENIED**;

3. The dispositive motions deadline of July 31, 2020 is **STAYED**; and

4. Defendants are directed to file, within fourteen (14) days of the date of this Order, a status report addressing whether additional time is needed to respond to Plaintiff's discovery requests.

                                              s/ Sylvia H. Rambo
                                              United States District Judge