# EXHIBIT CF

(September 8, 2015 CMU to Prop
SUPPDEF1631)

*This is a video exhibit