# EXHIBIT CG

(October 21, 2015 investigative reports/videos)