# EXHIBIT CG

## ATTACHMENT 1
## (10.21.15 2015-FRA-295
## ReqDEF683-719)

| Facility Code:<br>**FRA - FRACKVILLE** | EO Location:<br>**BMU 3A-1002** | Date of Occurrence:<br>**Oct 21 2015**<br>**13:25:00** | Report Number:<br>**2015-FRA-00295** |
|---|---|---|---|

**EXHIBIT**

Exhibit CG Attachment 1 -
10.21.15 2015-FRA-295
ReqDEF683-719

**Current Status of inmate(s) (including housing status, misconduct information, etc):**

| <u>Inmate Name:</u><br>**WARREN EASLEY** | <u>Inmate #</u><br>**KA1544** | <u>Age:</u><br>**29** | <u>Inmate Type:</u><br>**INMATE** |
|---|---|---|---|
| <u>Custody Level</u> | <u>Current Housing Status</u> | <u>Date Recieved</u><br>**May 16 2011** | <u>Offense</u><br>**ROBBERY** |
| <u>Sentence</u><br>**4 years 9 months - 12 years 6 months** | <u>Minimum Date</u><br>**May 06 2015** | <u>Maximum Date</u><br>**Feb 06 2023** | <u>Misconduct #</u> |
| <u>Medical Treatment Given</u><br>**Evaluated by SCIF Medical RN Nigh** | | | |

security concerns

**OCCURENCE DESCRIPTION (who, what, where, when, why & how)**

On the above date and time, Inmate Easley, Warren KA1544 expressed suicidal ideations while speaking with Corrections Counselor Marhelko. Lt. Albert was notified and began organizing escort staff for POC placement. During this time, Easley covered his door, became non-compliant with staff, and attempted to damage his cell. Lt. Albert attempted to gain Easley's compliance which was met with negative results. Lt. Albert organized a compliance team to remove Easley from the cell and place him in the restraint chair due to his suicidal ideations and non-compliance. The compliance team consisted of Labor Foreman S. Polifka, COI Evans, COI Flowers, COI Berger, and COI Scarpati (Camera Operator). Lt. Albert briefed the team and proceeded to BMU 3A-1002. Easley complied with all orders, was restrained and escorted to the BMU Camera Cell and was placed in the restraint chair. All restraints were checked and assessment completed by RN Nigh. Photographs were taken at this time. The team exited the area and a debriefing was conducted by Lt. Albert. The compliance team was deactivated and ordered to complete paperwork and be seen by Medical.

| Notification To | Name (Org/Person) | Date/Time |
|---|---|---|
| Facility Manager | Supt. B. Tritt | Oct 21 2015 13:45:00 |
| Other | DSFM G. Miller | Oct 21 2015 13:45:00 |
| Other | Major B. Keller | Oct 21 2015 13:45:00 |

**Weapon Information:** Was a Weapon Used  ○ Yes ◉ No

Describe Weapon: _____N/A_____

Was Weapon Recovered: ○ Yes ◉ No

Req 3-DEF000684

**Where/how was weapon made/obtained:** __N/A__

**Additional Information about Weapon(s) (if applicable)** _____
N/A

---

## Staff Response/Action (including times, names/titles, etc)

**Staff** _____ **Medical Attention Given** _____

security concerns

**Date/Time of Action** _____ **Description of Action** _____

security concerns

**Additional Comments** _____

---

## Investigative Information

☐  **Internal Investigation**                    ☐  **External Investigation**

**Investigator:** _____

**Suspect Name:** _____ **Type of Suspect:** _____

**Additional Comments** _____

---

## Reporting Official / Official In Charge Notation(s)

---

## Attachments

**Type** _____ **# Attached** _____ **Comment** _____

security concerns

Req 3-DEF000685

security concerns

Is this occurrence related to a previous occurrence?  ◯ Yes ◉ No          Report Number: N/A

| Typed name/title of reporting official: | Signature: | Date: |
|---|---|---|
| Lukashewski, Captain | | |
| Typed name/title of official-in-charge: | Signature: | Date: |
| Brenda Tritt, Superintendent | | 11-3-15 |

Req 3-DEF000686

| DC-121 Part 3<br>Revised 8/2012<br>Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections<br>Employee Report of Incident | ☒Use of Force Occurrence | |
|---|---|---|---|
| To: J. Lukashewski | Title: Shift Commander | Date:<br>10/21/15 | Time:1400 |
| From (Name Printed): J. Albert | Title: Lieutenant | Location of Incident: 3A01 | |
| Employee Signature: | | Type of Incident: Restraint Chair Placement | |

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | Witnesses |
|---|---|---|
| Easley, Warren KA1544 | CO Berger | |
| | CO Flowers | |
| | CO Evans | |
| | LF Polifka | |
| | RN Nigh  CO Scarpati (camera) | |

**1. Detailed description of the occurrence:** On the above date and time this officer was directed to assemble a compliance team to place inmate Easley in the restraint chair after he made threats of self-Harm. Easley covered his door and banging was heard inside the cell. All staff that attempted to speak to Easley to gain his compliance to be placed in the POC cell were unsuccessful in gaining his compliance. The team consisted of: CO Evans, CO Berger, CO Flowers, LF Polifka and CO Scarpati as the video camera operator. I briefed the team at 1426 and we proceeded to 3A01. Once at the door I read the restraint chair placement to Easley and gave him an order to place his hands out of the wicket to be cuffed. Easley complied with my orders and handcuffs were applied. The door was opened and leg irons were placed on the inmate. Easley was then placed in the restraint chair and the lap belt secured for transport to the BMU camera cell. Once in the camera cell Easley was systematically placed in the restraint chair by the team. RN Nigh then checked for and confirmed the presence of capillary refill. Photographs were taken and the team exited the cell. At 1445 I debriefed and deactivated the team.

*6.3.1, Facility Security Manual*
*Section 17 – Extraordinary Occurrences*
Issued: 9/28/2012
Effective: 10/5/2012

*Attachment 17-C, Page 1 of 2*
Req 3-DEF000687

**2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)**

1325: Easley states he is suicidal and wishes to go to POC

1335: Easley refuses orders to be placed in POC and covers door and begins banging inside the cell

1400: Directed to assemble compliance team

1426: team briefed

1431: restraint chair notice read to inmate.

1433: restraints applied

1435: placed in chair and lap belt secured for transport to the BMU camera cell

1440: systematically secured in the restraint chair

1440: medical confirms capillary refill and photos are taken

1441: team exits cell

1445: debrief

**3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).**

None

**4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.**

No known injuries at this time

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape. Scarpati   Sealy     ☐ No   ☒ Yes

| Shift Commander Signature: | Date: 10/21/15 | Tracking Number (If an attachment to a DC-121 Part 2): 2015 - FRA - 00295 |

*6.3.1, Facility Security Manual*
*Section 17 – Extraordinary Occurrences*
Issued:
Effective:

*Attachment 17-C, Page 2 of 2*
Req 3-DEF000688

**DC-121 Part 3**
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☒ Use of Force Occurrence

To: Capt Lukashewski    Title: Shift Commander    Date: 10-21-15    Time: 1426

From (Name Printed): Evans    Title: CO¹    Location of Incident: BMU

Employee Signature:    Type of Incident: I/m chair placement

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| Easley, Warren KA1544 | Lt Hout   video CO Scarpati | |
| | CO Flowers | |
| | CO Berger | |
| | LF Politka | |
| | RN Nigh | |

**1. Detailed description of the occurrence:** On the above date and approx. time this officer was assigned to a Compliance Team. I was assigned the EBID & Control I/m Easley's KA1544 head. I took the restraint chair to cell 3A02 and assisted with escourt of I/m to ISO Room. I controled I/m Easley's head while team secured I/m. I left ISO room with no further incident. TJE

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

| Time | Action |
|---|---|
| 1426 | Brief |
| 1431 | Team at Door 3A-02 |
| 1433 | Team enters 3A-02 |
| 1433 | I/m placed in restraint chair |
| 1435 | entered ISO Room |
| 1441 | I/m secured |
| 1441 | Med evaluation |
| 1442 | still photos |
| 1443 | Team Exits ISO room |
| 1445 | debrief |

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

None

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No known injuries at this time

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.    ☐ No   ☑ Yes

SCARPATI   Security

| Shift Commander Signature: | Date: | Tracking Number (If an attachment to a DC-121 Part 2): |
|---|---|---|
| | 10/21/15 | 2015-FRA-00295 |

| DC-121 Part 3<br>Revised 8/2012<br>Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections<br>Employee Report of Incident | | ☑ Use of Force Occurrence |
|---|---|---|---|
| **To:** Capt. Lukashewski | **Title:** Shift Commander | **Date:** 10-21-15 | **Time:** 1400 |
| **From (Name Printed):** Poliska | **Title:** Labor Foreman | **Location of Incident:** BMU | |
| **Employee Signature:** | **Type of Incident:** Chair Placement | | |

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | Witnesses |
|---|---|---|
| Easley, Warren KT1544 | Lt. Albert C. Scarpati | |
| | RN Allsh | |
| | CO Evans | |
| | CO Florrys | |
| | CO Berger | |

**1. Detailed description of the occurrence:**

On the above date and time I mr. Poliska was assigned to a compliance team in the BMU. I was assigned O.C. when on Cell door 3402 inmate easley complied with orders to be placed in restraint chair. I assisted in securing lap belt and Escorting inmate easley to BMU camera cell. I then assisted in placing inmate easley's arms and legs in restraint chair. At no time was O.C. used.

**2. Actions taken** (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1426 briefed
1431 on door
1433 cell open inmate seated in chair
1435 leg belt secured moved to camera cell
1441 straps secured, medical Evaluation
1442 still photos
1443 team Exits
1445 Debrief

**3. Description of any weapon(s) used by the inmate(s) or found in the area.** If any, attach a photograph of the weapon(s).

NONE

**4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.**

See medical reports

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.    ☐ No    ☑ Yes

Scarpate   Seulg

| Shift Commander Signature: | Date: | Tracking Number (If an attachment to a DC-121 Part 2): |
|---|---|---|
| | 10/21/15 | 2015 - FRA - 00295 |

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☑ **Use of Force Occurrence**

| To: Capt. Lukaszewski | Title: Shift Commander | Date: 10/21/15 | Time: 1445 |
|---|---|---|---|

From (Name Printed): T. Scripsi          Title: CO'

Location of Incident: BMU.

Employee Signature: [signature]

Type of Incident: Restraint Chair Placement

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| Easley, Warren KA1544 | Lt. Albet Rn Nigh | |
| | CO Politka | |
| | CO' Berger | |
| | CO' Flowers | |
| | CO' Evans | |

**1. Detailed description of the occurrence:** On Above Date & Approx Time
This Officer Was Incharge Of The Video Camera In The Chair
Placement Of Inmate KA1544 Easley, Warren No Injuries
To Staff Or Inmate to Report NE/NS OF Report N

**6.3.1, Facility Security Manual**
**Section 17 – Extraordinary Occurrences**
Issued: 9/28/2012
Effective: 10/5/2012

**Attachment 17-C, Page 1 of 2**
Req 3-DEF000693

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1426 : Team Brief
1431 : At Door, Placed In Hand Cuffs
1433 : Door Opened
1433 : Shackles Applied
1433 : Placed In Chair
1435 : Straps Secured Wheeled To ISO Room
1435 : Entered ISO Room
1441 : Chair Secured / Straps Etc
1441 : Seen By Medical
1442 : Still Photos Taken
1443 : Team Exits ISO Room
1445 : Debrief

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

NONE

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

NONE To Report

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.   ☐ No   ☑ Yes

Scarpati   Sub

| Shift Commander Signature: | Date: | Tracking Number (If an attachment to a DC-121 Part 2): |
|---|---|---|
|  | 10/21/15 | 2015-FRA-0295 |

6.3.1, Facility Security Manual
Section 17 – Extraordinary Occurrences
Issued:
Effective:

Attachment 17-C, Page 2 of 2

Req 3-DEF000694

| DC-121 Part 3 Revised 8/2012 Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections Employee Report of Incident | ☒Use of Force Occurrence |
|---|---|---|

| To: Capt. Lukashewski | Title: Shift Commander | Date: 10/21/15 | Time: 1400 |
|---|---|---|---|

| From (Name Printed): J. W. Berger | Title: CO |
|---|---|

| Employee Signature: J.W. Berger | Type of Incident: Restraint Chair Placement |
|---|---|

| Location of Incident: BMU |
|---|

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| Easley, Warren KA1544 | Lt. Albert | RN Nigh |
| | CO Flowers | |
| | CO Evans | |
| | CO Scarogsti | |
| | CF Palitka | |

**1. Detailed description of the occurrence:** On the above date and approximate time this officer was ordered to report to the BMU. This officer was then assigned to a compliance team for Inmate Easley, Warren #KA1544. This officer was assigned the leg restraints. Upon reaching 3A-02 cell Inmate Easley was handcuffed and this officer secured the leg irons on the inmate. This officer then pushed the inmate in the restraint chair to the BMU camera room. This officer then assisted in securing the restraint straps for the arms and uncuffed the leg restraints.

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1400 Ordered to report to the BMU
1426 Team briefed
1431 Team at door
1433 Team enters cell, secured restraints, placed in restraint chair
1435 Escorted in chair to camera room
1441 Straps secure, & Medical evaluation
1442 Still Photos
1443 Team Exits
1445 Team Debrief

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

None

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

See Medical Reports.

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.    Scarpuli    Seuls

☐ No    ☑ Yes

| Shift Commander Signature: | Date: 10/21/15 | Tracking Number (If an attachment to a DC-121 Part 2): 2015-FRA-00295 |

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☑ **Use of Force Occurrence**

| To: CAPT LUKASHEWSKI | Title: SHIFT COMMANDER | Date: 10/21/15 | Time: 1400 |
|---|---|---|---|

| From (Name Printed): J. Flowers | Title: CO |  Location of Incident: BMU3A02 / CHAIR ROOM |
|---|---|---|

Employee Signature: _Jam Flowers_

Type of Incident: RESTRAINT CHAIR PLACEMENT

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| ✓ AI544 EASLEY, WARREN | CO Albert   MR. POLIFKA | |
| | /O' KOSTINKO | |
| | CO' EVANS | |
| | CO' BELGER | |
| | W' SCARPATI | |

ON THE ABOVE DATE AND APPROXIMATE TIME THIS OFFICER WAS ASSIGNED TO A COMPLIANCE TEAM TO PLACE I/M EASLEY INTO THE RESTRAINT CHAIR. I/M EASLEY COMPLIED WITH ORDERS TO BE CUFFED. THIS OFFICER PLACED THE RESTRAINTS ON THE INMATE AND PLACED HIM INTO THE RESTRAINT CHAIR. I/M EASLEY WAS ESCORTED TO THE CHAIR OBSERVATION ROOM AND THEN THIS OFFICER ASSISTED IN PLACING I/M EASLEY INTO THE CHAIR AND REMOVING THE RESTRAINTS. AFTER THE INMATE WAS SECURE THIS OFFICER LEFT THE OBSERVATION ROOM WITHOUT FURTHER INCIDENT. —NOTHING FOLLOWS—

Req 3-DEF000697

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage: (List all action taken in a chronological order.)

1426: Team Briefed
1431: Team on Door
1433: Team entered cell 3A02. Shackles secured. Seated in chair.
1435: Strap secured Transported to chair room
1441: Straps secure
1441: Medical eval
1443: Still Photos
1443: decom off/s
1445: Debrief

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

NONE

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

NONE

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.   ☐ No   ☑ Yes   Scarpate   Seuby

| Shift Commander Signature: | Date: 10/21/15 | Tracking Number (If an attachment to a DC-121 Part 2): 2015-FRA-0295 |

6.3.1, Facility Security Manual
Section 17 – Extraordinary Occurrences
Issued:
Effective:

Attachment 17-C, Page 2 of 2

Req 3-DEF000698

| DC-121 Part 3<br>Revised 8/2012<br>Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections<br>Employee Report of Incident | | ☑Use of Force Occurrence | |
|---|---|---|---|---|
| **To:**<br>**Captain Lukashewski** | **Title:**<br>**Shift Commander** | | **Date:**<br>**10-21-2015** | **Time:**<br>**1330** |
| **From (Name Printed): J. Marhelko** | **Title: Corrections Counselor II** | | **Location of Incident:**<br>**BMU 2 Cell** | |

**Employee Signature:**
*Jno Marhelko.*

**Type of Incident:**
**Threat of Self Harm/Suicide**

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | Witnesses |
|---|---|---|
| Easley W. KA 1544 | J. Marhelko CCII | |
| | | |
| | | |
| | | |

**1. Detailed description of the occurrence:** Upon entering the BMU at 1330 to do an out of cell with inmate Smith, inmate Easley called me over to his cell I told him quickly I have a one on one to do he then became belligerent towards me and stated "I am suicidal and I need the time out cell, I need to talk to a psych or someone. I said ok, then I proceeded to enter the BMU bubble and alerted Lt. Albert that inmate Easley just told me he was suicidal. Lt. Albert and Lt. Reeder then left the control bubble and proceeded to talk to inmate Easley.

*6.3.1, Facility Security Manual*
*Section 17 – Extraordinary Occurrences*
Issued: 9/28/2012
Effective: 10/5/2012

*Attachment 17-C, Page 1 of 2*
**Req 3-DEF000699**

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

I left the BMU block and entered the BMU control center and alerted LT. Albert the Inmate Easley stated he was suicidal.

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

None

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

None

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.  ☐No ☐Yes
*Scalputt*  *Seits*

| Shift Commander Signature: | Date: | Tracking Number (If an attachment to a DC-121 Part 2): |
|---|---|---|
| *[signature]* | 10/21/15 | 2015 – FRA – 00295 |

6.3.1, Facility Security Manual
Section 17 – Extraordinary Occurrences
Issued:
Effective:

Attachment 17-C, Page 2 of 2
Req 3-DEF000700

| DC-121 Part 3<br>Revised 8/2012<br>Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections<br>Employee Report of Incident | ☒ Use of Force Occurrence | |
|---|---|---|---|
| To: Cpt Lukashouski | Title: Shift Commander | Date: 10·21·15 | Time: 1435 |
| From (Name Printed): [redacted] Nigh | Title: RN | Location of Incident: BMU | |
| Employee Signature: HNigh | | Type of Incident: Use of force - restraint chair | |

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | Witnesses |
|---|---|---|
| Earley Warren KA1544 | Lt Albert | |
| | [redacted] | |
| | [redacted] CDI | |
| | Devens CDI | |
| | Evans CDI | |

**1. Detailed description of the occurrence:**

On the above date and time a planned use of force was used on Inmate Earley KA1544 After per security(?) inmate made suicidal statement and escaped up this cell. Inmate Complied c chair placement without incident

HNigh

Nigh, RN

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1426 - Debriefing
1435 - placed in chair
1438 - Medical assessment

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

None

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

None noted

Nigh, RN

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.   ☐ No   ☐ Yes

Scarpati Suly

| Shift Commander Signature: | Date: | Tracking Number (If an attachment to a DC-121 Part 2): |
|---|---|---|
|  | 10/21/15 | 2015-HH-00295 |

6.3.1, Facility Security Manual
Section 17 – Extraordinary Occurrences
Issued:
Effective:

Attachment 17-C, Page 2 of 2
Req 3-DEF000702

## MEDICAL INCIDENT/INJURY REPORT

| PERSON INVOLVED | (Last Name) Easley | (First Name) Warren | (Middle Initial) |
|---|---|---|---|

Male: ☒   Female: ☐   Age: 28

Reported to Dispensary ~~Dispensary~~ BMU
Date: 10 / 21 / 15   AM
Time: 1435   PM

| Date of Incident 10-21-15 | Time of Incident 1435 ☐ A.M. ☐ P.M. | Exact Location of Incident BMU |
|---|---|---|

| INMATE ☒ | Facility No. KA1544 | Housing Unit BMU | Work Related   Yes ☐   No ☒ |
|---|---|---|---|

SUPERVISOR:

| EMPLOYEE ☐ | Department | Job Title |
|---|---|---|
| VISITOR ☐ | Home Address | Home Phone |
| OTHER ☒ | Occupation | Reason for Presence at this Facility |

Property Involved: ☐   Equipment Involved: ☐   Describe:
restraint chair

Was person authorized to be at location of incident:
☐ Yes   ☒ No

Describe exactly What Happened. Why it happened. Action Taken. If an Injury, State Part of Body Injured. If Property or Equipment Damaged, Describe Damage.   1. Description of Illness/Injury

Planned use of force to place inmate Easley KA1544
in restraint chair Ɵ per security inmate covered up cell and
made suicidal statement   ———

(Continue On Reverse)

| Was Physician Notified? ☒ Yes ☐ No | Was Family Notified?   Yes ☐   No ☒ |
|---|---|

| Was Person Involved Seen by a Physician? ☐ Yes ☒ No | Date / / | Time | A.M. P.M. | Where N/A | Physician's Name N/A |
|---|---|---|---|---|---|
| Was Person Involved Taken To A Hospital? Yes ☐ No ☒ | Date / / | Time | A.M. P.M. | Where | By Whom |

2. Initial Impression Illness/Injury

Physically calm
B/L hands + cape refill
<3 sec. Radial pulses
⊕ skin warm + dry.
B/L feet - pedal pulses
present. Skin warm
too touch normal for
ethnicity. No visible open areas noted

Indicate on Diagram Location of Injury

| TYPE OF INJURY | |
|---|---|
| 1. Laceration | ☐ |
| 2. Hematoma | ☐ |
| 3. Abrasion | ☐ |
| 4. Burn | ☐ |
| 5. Non Apparent | ☒ |
| 6. Other | ☐ |
| Specify | |

3. Treatment Rendered: Assessment in restraint

Follow-Up per restraint chair policy

| Date of Report 10/21/15 | Signature & Title of Person Preparing Report Nigh, RN | Reviewing Authority |
|---|---|---|

Reg 3-DEF000703

DC-457   Commonwealth of Pennsylvania   MEDICAL INCIDENT/INJURY REPORT

**DISPOSITION AFTER TREATMENT**

1. Return to Block
2. Place in RHU ~~Restraint chair~~
3. Admit to Infirmary
4. Admit to Community Hospital
5. Return to work
6. Refer to Physician Line
7. Refer to Family Physician _____ (Employee)
8. Refer to Community Hospital

**DISTRIBUTION:**

Original: Medical File

Copies: Facility Manager
Deputy for Facilities Management
Deputy for Centralized Services
Major(s)
Security Officer
Other

CONTINUED FROM REVERSE: (Items 1 through 3) (Indicate item).

## MEDICAL INCIDENT/INJURY REPORT

| PERSON INVOLVED | (Last Name) Polifko | (First Name) | (Middle Initial) | Reported to Dispensary Date: 10 21 2015 AM |
|---|---|---|---|---|

Male ■  Female:☐  Age: 32

Time 1500 PM

| Date of Incident 10-21-2015 | Time of Incident 1430 ☐A.M. ☐ | Exact Location of Incident: BMU |
|---|---|---|

| INMATE | Facility No. | Housing Unit | Work Related   Yes ■   No ☐ |
|---|---|---|---|

SUPERVISOR:

| EMPLOYEE X | Department **Security** | Job Title ~~CO~~ Maintenance |
|---|---|---|
| VISITOR ☐ N/A | Home Address   N/A | Home Phone   N/A |
| OTHER ☐ | Occupation N/A | Reason for Presence at this Facility N/A |

Property Involved: ☐   Equipment Involved: ☐   Describe: **N/A**

Was person authorized to be at location of incident: ■ Yes ☐ No

Describe exactly What Happened. Why it happened. Action Taken. If an Injury, State Part of Body Injured. If Property or Equipment Damaged, Describe Damage.   1. Discription of Illness/Injury

Employee involved in planned use of force. ~~&~~ With Inmate Easley KA1544. Also placed in Restraint chair at this time.

(Continue On Reverse)

Was Physician Notified? ☐ Yes ■ NO     Was Family Notified? ☐ Yes ■ No

Was Person Involved Seen by a Physician? ☐ Yes ■ No | Date | Time | A.M. | Where N/A | Physician's Name N/A

Was Person Involved Taken To Infirmary? Yes ☐ No ■ | Date N/A | Time | A.M. | Where N/A | By Whom N/A

2. Initial Impression Illness/Injury

Employee ambulated to medical Department. Employee denies any Injury at this time. No injuries Noted at this time.

TYPE OF INJURY
1. Laceration ☐
2. Hematoma ☐
3. Abrasion ☐
4. Burn ☐
5. Non Apparent ■
6. Other ☐
Specify ___

Indicate on Diagram Location of Injury

3. Treatment Rendered: Employee assessed, instructed to report to Schuylkill Medical Center East ER/ Panel of Physicians if any injuries surface.

Follow-Up :Panel of physicians/SMC ER as needed

| Date of Report 10/21/2015 | Signature  Thiroway, LPN | Reviewing Authority |
|---|---|---|

DC-457
(Revised-10-99)

**Commonwealth of Pennsylvania Department of Corrections**

MEDICAL INCIDENT/INJURY REPORT
Req 3-DEF000705

DISPOSITION AFTER TREATMENT

1. Return to Block _____
2. Place in RHU _____
3. Admit to Infirmary _____
4. Admit to Community Hospital _____
5. Return to work _____X_____
6. Refer to Physician Line _____
7. Refer to Family Physician _____ (Employee)
8. Refer to Community Hospital _____

DISTRIBUTION:

Original:     Medical File

Copies:       Facility Manager _____X_____
              Deputy for Operations _____
              Deputy for Treatment _____
              Major(s) _____
              Security Officer _____
              Other          X  RNS

CONTINUED FROM REVERSE:  (Items 1 through 3) (Indicate item).

## MEDICAL INCIDENT/INJURY REPORT

| PERSON INVOLVED | (Last Name) Berger | (First Name) | (Middle Initial) | Reported to Dispensary Date: 10 /21/ 2015 AM |
|---|---|---|---|---|
| | | | | Time 1320 PM |

Male: ■  Female: ☐   Age: 28

| Date of Incident 10·21·2015 | Time of Incident 1435 ☐ A.M. ☐ | Exact Location of Incident: BMU |
|---|---|---|

| INMATE | Facility No. | Housing Unit | Work Related ___ Yes ■ ___ No ☐ |
|---|---|---|---|
| | SUPERVISOR: | | |

| EMPLOYEE X | Department **Security** | Job Title CO-I |
|---|---|---|

| VISITOR ☐ N/A | Home Address   N/A | Home Phone   N/A |
|---|---|---|
| OTHER ☐ | Occupation N/A | Reason for Presence at this Facility N/A |

| Property Involved: ☐   Equipment Involved: ☐   Describe: N/A | Was person authorized to be at location of incident: ■ Yes ☐ No |
|---|---|

Describe exactly What Happened. Why it happened. Action Taken. If an Injury, State Part of Body Injured. If Property or Equipment Damaged, Describe Damage.   1.  Discription of Illness/Injury

Employee involved in planned use of force.  & With Inmate Easley KA1544 Also placed in Restraint chair at this time.

(Continue On Reverse)

| Was Physician Notified?   ☐ Yes   ■ NO | Was Family Notified?  ☐ Yes   ■ No |
|---|---|

| Was Person Involved Seen by a Physician? ☐ Yes ■ No | Date | Time | A.M. | Where N/A | Physician's Name N/A |
|---|---|---|---|---|---|
| Was Person Involved Taken To Infirmary? Yes ☐ No ■ | Date N/A | Time | A.M. | Where N/A | By Whom N/A |

2. Initial Impression Illness/Injury

Employee ambulated to medical

Department. Employee denies any

Injury at this time. No injuries

Noted at this time.

| TYPE OF INJURY | | Indicate on Diagram Location of Injury |
|---|---|---|
| 1. Laceration | ☐ | |
| 2. Hematoma | ☐ | |
| 3. Abrasion | ☐ | |
| 4. Burn | ☐ | |
| 5. Non Apparent | ■ | |
| 6. Other Specify ___ | ☐ | |

3. Treatment Rendered: Employee assessed, instructed to report to Schuylkill Medical Center East ER/ Panel of Physicians if any injuries surface.

Follow-Up: Panel of physicians/SMC ER as needed

| Date of Report 10/ 21 / 2015 | Signature   Thiroway, LPN | Reviewing Authority |
|---|---|---|

**DC-457**     **Commonwealth of Pennsylvania**          **MEDICAL INCIDENT/INJURY REPORT**
(Revised-10-99)        **Department of Corrections**

Req 3-DEF000707

DISPOSITION AFTER TREATMENT

1.  Return to Block _____
2.  Place in RHU _____
3.  Admit to Infirmary _____
4.  Admit to Community Hospital _____
5.  Return to work _____X_____
6.  Refer to Physician Line _____
7.  Refer to Family Physician _____ (Employee)
8.  Refer to Community Hospital _____

DISTRIBUTION:

Original:     Medical File

Copies:       Facility Manager _____X_____
              Deputy for Operations _____
              Deputy for Treatment _____
              Major(s) _____
              Security Officer _____
              Other _____X  RNS_____

CONTINUED FROM REVERSE:  (Items 1 through 3) (Indicate item).

## MEDICAL INCIDENT/INJURY REPORT

| PERSON INVOLVED | (Last Name) Flowers | | (Middle Initial) | Reported to Dispensary |
|---|---|---|---|---|
| | | | | Date: 10-21-2015 AM |
| ☐ Male ■   Female: ☐   Age: 27 | | | | Time: 1450 PM |

| Date of Incident 10-21-2015 | Time of Incident 1430 ☐ A.M. ☐ | Exact Location of Incident: BMU | |
|---|---|---|---|

| INMATE | Facility No. | Housing Unit | Work Related     Yes ■     No ☐ |
|---|---|---|---|
| | SUPERVISOR: | | |

| EMPLOYEE X | Department  Security | Job Title  CO |
|---|---|---|

| VISITOR ☐ N/A | Home Address     N/A | | Home Phone     N/A |
|---|---|---|---|
| OTHER ☐ | Occupation N/A | | Reason for Presence at this Facility N/A |

| Property Involved: ☐     Equipment Involved: ☐     Describe: N/A | Was person authorized to be at location of incident: ■ Yes ☐ No |
|---|---|

Describe exactly What Happened. Why it happened. Action Taken. If an Injury, State Part of Body Injured. If Property or Equipment Damaged, Describe Damage.   1. Discription of Illness/Injury

Employee involved in planned use of force. & With Inmate Easley KA1544. Also placed in Restraint chair at this time.

(Continue On Reverse)

| Was Physician Notified? ☐ Yes ■ NO | | Was Family Notified? ☐ Yes ■ No | |
|---|---|---|---|
| Was Person Involved Seen by a Physician? ☐ Yes ■ No | Date   Time   A.M. | Where N/A | Physician's Name N/A |
| Was Person Involved Taken To Infirmary? Yes ☐ No ■ | Date   Time   A.M. N/A | Where N/A | By Whom N/A |

| 2. Initial Impression Illness/Injury | | Indicate on Diagram Location of Injury |
|---|---|---|
| Employee ambulated to medical Department. Employee denies any Injury at this time. No injuries Noted at this time. | TYPE OF INJURY 1. Laceration ☐ 2. Hematoma ☐ 3. Abrasion ☐ 4. Burn ☐ 5. Non Apparent ■ 6. Other ☐ Specify ____ | |

3. Treatment Rendered: Employee assessed, instructed to report to Schuylkill Medical Center East ER/ Panel of Physicians if any injuries surface.

Follow-Up: Panel of physicians/SMC ER as needed

| Date of Report 10 / 21 / 2015 | Signature   Thiroway, LPN | Reviewing Authority |
|---|---|---|

DC-457
(Revised-10-99)

**Commonwealth of Pennsylvania
Department of Corrections**

MEDICAL INCIDENT/INJURY REPORT

Req'd 3-DEF000709

DISPOSITION AFTER TREATMENT

1. Return to Block         _____
2. Place in RHU            _____
3. Admit to Infirmary       _____
4. Admit to Community Hospital  _____
5. Return to work           _____X_____
6. Refer to Physician Line     _____
7. Refer to Family Physician    _____ (Employee)
8. Refer to Community Hospital  _____

DISTRIBUTION:

Original:     Medical File

Copies:      Facility Manager      _____X_____
            Deputy for Operations  _____
            Deputy for Treatment   _____
            Major(s)            _____
            Security Officer      _____
            Other             ____X RNS_____

CONTINUED FROM REVERSE:  (Items 1 through 3) (Indicate item).

## MEDICAL INCIDENT/INJURY REPORT

| PERSON INVOLVED (Last Name) Evans | (First Name) | (Middle Initial) | Reported to Dispensary Date: 10 21 2015 AM |
|---|---|---|---|
| Male ■   Female: ☐   Age: 38 | | | Time 1500 PM |

| Date of Incident 10-21-2015 | Time of Incident 1430 ☐ A.M. | Exact Location of Incident: BMU |
|---|---|---|

| INMATE | Facility No. | Housing Unit | Work Related   Yes ■   No ☐ |
|---|---|---|---|
| | SUPERVISOR: | | |

| EMPLOYEE X | Department **Security** | Job Title **CO** |
|---|---|---|

| VISITOR ☐ N/A | Home Address   N/A | Home Phone   N/A |
|---|---|---|
| OTHER ☐ | Occupation N/A | Reason for Presence at this Facility N/A |

Property Involved: ☐   Equipment Involved: ☐   Describe: **N/A**     Was person authorized to be at location of incident: ■ Yes ☐ No

Describe exactly What Happened. Why it happened. Action Taken. If an Injury, State Part of Body Injured. If Property or Equipment Damaged, Describe Damage.   1. Discription of Illness/Injury

Employee involved in planned use of force. *or* With Inmate Easley KA1544 Also placed in Restraint chair at this time.

(Continue On Reverse)

Was Physician Notified? ☐ Yes ■ NO   Was Family Notified? ☐ Yes ■ No

Was Person Involved Seen by a Physician? ☐ Yes ■ No   Date   Time   A.M.   Where N/A   Physician's Name N/A

Was Person Involved Taken To Infirmary? Yes ☐ No ■   Date   Time   A.M.   Where N/A   By Whom N/A

2. Initial Impression Illness/Injury

Employee ambulated to medical

Department. Employee denies any

Injury at this time. No injuries

Noted at this time.

TYPE OF INJURY
1. Laceration ☐
2. Hematoma ☐
3. Abrasion ☐
4. Burn ☐
5. Non Apparent ■
6. Other ☐
Specify ____

Indicate on Diagram Location of Injury

3. Treatment Rendered: Employee assessed, instructed to report to Schuylkill Medical Center East ER/ Panel of Physicians if any injuries surface.

Follow-Up : Panel of physicians/SMC ER as needed

| Date of Report 10/21/2015 | Signature   **Thiroway, LPN** | Reviewing Authority |
|---|---|---|

DC-457   **Commonwealth of Pennsylvania   MEDICAL INCIDENT/INJURY REPORT** 111
(Revised-10-99)   **Department of Corrections**

DISPOSITION AFTER TREATMENT

1.  Return to Block                     _____
2.  Place in RHU                        _____
3.  Admit to Infirmary                  _____
4.  Admit to Community Hospital         _____
5.  Return to work                      ____X_____
6.  Refer to Physician Line             _____
7.  Refer to Family Physician           _____ (Employee)
8.  Refer to Community Hospital         _____

DISTRIBUTION:

Original:       Medical File

Copies:         Facility Manager        _____X_____
                Deputy for Operations   _____
                Deputy for Treatment    _____
                Major(s)                _____
                Security Officer        _____
                Other                   ___X__RNS_____

CONTINUED FROM REVERSE:  (Items 1 through 3) (Indicate item).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Req 3-DEF000712

## Notice for Use of Restraint Chair

The Officer-in-Charge of the extraction will read this script to the inmate.

Inmate ___Easley Warren KA1544___, I am _____LT Albert_____
           (name)                                  (name and rank).

Date & Time: 10/21/15 1430         SCI:  Frackville         Housing Unit: BMU

You are going to be placed into a restraint chair because : <u>threats of self-harm and your failure to comply with orders to uncover your door and be placed in a POC cell.</u>

This move is being videotaped. You will be handcuffed, tethered, and placed in leg irons. The officers who will secure you in the restraint chair will escort you. The length of time you remain in the restraint chair will depend on your behavior while you are in the chair.

Failure to comply with my orders or to cooperate with the officers assigned will result in the use of the minimum amount of force required to place you in the restraint chair. This use of force may include the use of the Electric Immobilizer Device (EID) and/or Oleoresin Capsicum (OC).

I am giving you a Direct Order to come to the door and place your hands out of the food panel to be handcuffed. (Repeat this order two more times, if necessary).

*06.03.01, Facility Security Procedures Manual*
*Section 33 – Restraints*
Issued: 7/2/2012
Effective: 7/9/2012

*Attachment 33-B*

Req 3-DEF000713

## Three Member Compliance Team Briefing Form

Facility: __Frackville_____ Date: __10/21/2015_____
Time: _1426_____
DC-141#: _____

Inmate Name: _Easley, Warren_____ Inmate Number: _KA1544_____

Situation: _Inmate Easley made threats of self-harm, covered his cell door and loud banging was heard inside the cell. Easley refused all orders to uncover his door. All staff that attempted to gain his compliance were unsuccessful. Inmate Easley will be placed into the Restraint Chair._

Location: __BMU 3A02_____

Defensive Weapons/Restraining Devices: _OC, Ebid, Cuffs, Tether, Leg Irons. Restraint Chair_

Medical Contacted before Use of Force (Time permitting)  ❑ Yes  ❑ No

Tools Required/Used: _____

**Three Member Compliance Team Officers:**

Team Member 1(Video Camera): _CO Scarpati_____
Team Member 2(OC and gas mask): _LF Polifka_____
Team Member 3(tether, handcuffs and gas mask): __CO Flowers_____
Team Member 4(leg irons, and gas mask): _CO Berger_____
Team Member 5(hand held EBID and gas mask): _CO Evans_____
Commissioned Officer-in-Charge: __LT Albert_____
Nurse/Medical Personnel: ___RN Nigh_____
Other Staff Present (Unit Manager, Counselor): _____

Notes: __Extra officers were used on this compliance team to safely place inmate Easley in the Restraint chair_____

_____
Commissioned Officer-in-Charge

Date __10/21/15__

_____
Shift Commander

Date __10/21/15__

**06.03.01, Facility Security Procedures Manual**
**Section 35 – Cell Extractions/Three Member Compliance Team**
**Revised 7/2010**

*Attachment 35-A*

Req 3-DEF000714

Inmate on MH/ID Roster
(C or D)

Y ☑ | N ☐

**DC-709**

## SECURITY LEVEL 5 HOUSING UNIT
## INMATE ACTIVITY RESTRICTION FORM

| Inmate Name | Inmate Number | Misconduct No. | Cell Assignment |
|---|---|---|---|
| Lesley Warren | KH1544 | | 3H02 |

## Behaviors – Check all that Apply

☐ Pre-hearing Confinement
☐ Verbally Abusive
☑ Self Abusive Behaviors
☑ Destroys Property
☐ Throws Body Fluid

☐ Sexual Comments/Gestures
☐ Tampers w/ cell door/wicker
☑ Threatens Self-Abuse
☐ Contraband/Weapons(s)
☐ Feigning Medical Problems

☐ Assaultive Toward Staff
☐ Assaultive Toward Inmates
☐ Medical/Mental Health Issues
☐ Escape Attempt
☐ Other _____

## Approved Restrictions – Check all that Apply

☐ Exercise
☐ Shower
☐ Shave
☐ Cell Cleaning
☐ Spit Mask
☐ Water
☐ Container
☐ Commissary
☐ Bedding Materials

☐ Television
☐ Secure Food Pass
☐ Videotape of Movements
☐ Plexiglas Shield
☐ Commissioned Officer present for movements
☐ Mini Law Library
☐ Radio

☑ Restraint Chair* (8 hour maximum unless approved by the Facility Manager/designee
☐ Movement Restrictions – Use of belt for exercise/showers/toilet
☐ Movement Restrictions – Use of tether for exercise/showers/toilet
☐ Movement Restrictions – Use of leg restraints for exercise/showers/toilet

☐ In Cell Restriction – Use of handcuffs, treatment belt, and/or leg shackles (24 hour maximum unless approved by the Medical Department)

Requested By: _Lt _____     Date: 10/21/15   Time: 1445

Shift Commander Signature/Date: _____     ☑ Approved   ☐ Disapproved
10/21/15

*Restraint Chair – Name of Medical Staff Member/Date:     ☑ Approved   ☐ Disapproved
RN Nigh

Restriction Removed By: _____     Date: _____   Time: _____

**No restriction may exceed 7 days unless approved by the Facility Manager/designee.**
**Name/Title of approving authority:** _____
**Expiration date:** _____

*Comments* _____
_____
_____
_____
_____
_____
_____

cc:  Facility Manager          Shift Commander/Captains Office (original)     DC-14
     DSFM                      DSIS (If applicable)                          DC-15
     DSCS                      Intelligence Captain                          RHU Control Room

*6.5.1, Administration of Security Level 5 Housing Units*
*Section 1 – Administration*                                    *Attachment 1-L*
Issued: 2/7/2014
Effective: 2/14/2014

Req 3-DEF000715



| SCI Frackville | | EOR # | | 2015-Frackville |
| --- | --- | --- | --- | --- |
| **DESCRIPTION OF INCIDENT** | | | | |
| **Chair Placement Inmate KA-1544 Easley, Warren** | | | | |
| DATE: | 10/21/15 | TIME: | | 1448 |
| **INMATE NAME: (LAST,FIRST)** | | | **DC NUMBER:** | |
| Easley Warren | | | KA 1544 | |
| Photo of Area : | | | Face | |
| STAFF MEMBER : | | | CO1 Scarpati | |

Req 3-DEF000716



| SCI Frackville | EOR # | 2015-Frackville |
|---|---|---|

**DESCRIPTION OF INCIDENT**

**Chair Placement Inmate KA-1544 Easley, Warren**

| DATE: | 10/21/15 | TIME: | 1448 |
|---|---|---|---|

| INMATE NAME: (LAST,FIRST) | DC NUMBER: |
|---|---|
| Easley Warren | KA 1544 |

| Photo of Area : | Right Wrist |
|---|---|
| STAFF MEMBER : | CO1 Scarpati |

Req 3-DEF000717



10.21.2015 14:49

| SCI Frackville | | EOR # | | 2015-Frackville |
| --- | --- | --- | --- | --- |
| DESCRIPTION OF INCIDENT | | | | |
| Chair Placement Inmate KA-1544 Easley, Warren | | | | |
| DATE: | 10/21/15 | TIME: | | 1449 |
| INMATE NAME: (LAST,FIRST) | | | DC NUMBER: | |
| Easley Warren | | | KA 1544 | |
| Photo of Area : | | Left Wrist | | |
| STAFF MEMBER : | | CO1 Scarpati | | |

Req 3-DEF000718



10.21.2015 14:49

| SCI Frackville | EOR # | 2015-Frackville |
|---|---|---|
| **DESCRIPTION OF INCIDENT** | | |
| **Chair Placement Inmate KA-1544 Easley, Warren** | | |

| DATE: | 10/21/15 | TIME: | 1449 |
|---|---|---|---|
| **INMATE NAME: (LAST,FIRST)** | | **DC NUMBER:** | |
| Easley Warren | | KA 1544 | |
| **Photo of Area :** | | Ankles | |
| **STAFF MEMBER :** | | CO1 Scarpati | |

Req 3-DEF000719