# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN EASLEY, | : | |
| **Plaintiff** | : | |
| | : | **No. 1:17-cv-930** |
| v. | : | |
| | : | **(Judge Rambo)** |
| BRENDA TRITT, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 16th day of March 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to correct the docket to reflect the proper spelling of the names of Defendants Corby, Gregoire, Keller, Kostinko, and Marhelko;

2. Defendants' motion for summary judgment (Doc. No. 306) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a. The motion (Doc. No. 306) is **GRANTED** with respect to: (1) Plaintiff's Eighth Amendment claim concerning the security lighting; (2) Plaintiff's Eighth Amendment claim that female nurses observed him naked; (3) Plaintiff's Eighth Amendment claim concerning conditions in the cells; (4) Plaintiff's Eighth Amendment claim concerning medical care; (5) Plaintiff's Eighth Amendment claim concerning the use of OC spray on April 5, 2015; (6) Plaintiff's First Amendment access to the courts claim; and (7) Plaintiff's First Amendment retaliation claim against Defendants Corby, Gregoire, and Kostinko, and the Clerk of Court is directed to defer the entry of judgment in favor of Defendants on these claims until the conclusion of the above-captioned proceedings;

   b. The motion (Doc. No. 306) is **DENIED** with respect to Plaintiff's remaining claims;

3.    The above-captioned case is **REFERRED** to the Court's Prisoner Litigation Settlement Program;

4.    Joseph Barrett, Esq., the ADR Coordinator for the Middle District of Pennsylvania, is **APPOINTED** to serve as mediator;

5.    All settlement discussions are confidential and may not be utilized by any party if settlement is not reached;

6.    In order to reduce cost, time, expense, inconvenience, and to suitably address institutional security concerns, counsel for Defendants and the mediator will coordinate with officials for the Department of Corrections to schedule video-conference mediation sessions with Plaintiff at mutually convenient times, and in a manner that comports with the needs and concerns of prison officials;

7.    The parties shall complete mediation within sixty (60) days of the date of this Order; and

8.    The parties and the mediator shall promptly notify the Court in writing if this case is resolved through mediation.


                              s/ Sylvia H. Rambo
                              United States District Judge


2